AO 91 (Rev. 11/11) Criminal Complaint

FILED

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

2017 FEB 22 AM 11: 22

US DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO FLORIDA

United States of America
v.
DOMINGO DIAZ-DIAZ

*Defendant(s)*

Case No. 6:17-mj- 1134

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 10, 2017 in the county of Orange in the Middle District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) | Reentry of removed alien |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Edwin Millan, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/22/17

[signature]
*Judge's signature*

City and state: Orlando, Florida

Karla R. Spaulding, United States Magistrate Judge
*Printed name and title*

**STATE OF FLORIDA**

**COUNTY OF ORANGE**

**CASE NO. 6:17-mj- 1134**

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Edwin Millan, having been duly sworn, hereby make the following statement in support of the attached criminal complaint:

1. I am a Border Patrol Agent ("BPA") with the United States Department of Homeland Security, U.S. Customs and Border Protection ("CBP"), formerly known as the Immigration and Naturalization Service (INS), and have been so employed since January 8, 1995. I am currently assigned to the Orlando, Florida, Border Patrol Station. In my capacity as a Border Patrol Agent, I am charged with the enforcement of Titles 8, 18, 19, and 21 of the United States Code. I am a federal law enforcement officer with the authority to execute arrest and search warrants under the authority of the United States.

2. The information set forth in this affidavit is based on my investigation and information supplied to me by other law enforcement officers and agents, and information contained within various government databases and records. Because this affidavit is submitted for the limited

purpose of establishing probable cause to support a criminal complaint, I have not included details of all aspects of my investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause that the below listed individual committed a violation of 8 U.S.C. § 1326(a), that is, reentry of removed alien.

3. On February 10, 2017, while conducting surveillance at a location in Orlando, Florida, Border Patrol agents saw a parked vehicle bearing Florida License plate XXXCAV. Databases revealed that it was registered to Domingo Diaz-Diaz (DIAZ-DIAZ), (DOB xx/xx/1974); Alien File Number, A xxx 848 xx3, FBI: 474364AB9). According to checks, DIAZ-DIAZ purchased the vehicle on August 15, 2015, and used his Mexican passport bearing the name "DOMINGO DIAZ DIAZ" in order to register the vehicle in Florida. Further record checks showed that DIAZ-DIAZ is a citizen and national of Mexico and has no immigration status in the United States. In addition, on November 30, 1999, Immigration and Naturalization Service (INS) ordered DIAZ-DIAZ removed to Mexico and physically removed him thereafter on December 7, 1999. DIAZ-DIAZ is prohibited from entering, attempting to enter, or being in the United States at any time

because he has been convicted of a crime designated as an aggravated felony, specifically, vehicular homicide in violation of New Jersey statute 2C:11-5, on September 29, 1997.

4. On the morning of February 16, 2017, I observed the vehicle registered to DIAZ-DIAZ at the residence on his Florida identification card record, located in Orlando, FL 32839. While watching the residence from a distance, I watched the vehicle drive away. While driving alongside the vehicle, I observed a Hispanic male subject who appeared to be the appropriate age and have similar features to the last available photograph of DIAZ-DIAZ. The subject drove the vehicle from the residence of registration back to a business located in Orlando, Florida. Based on my training and experience, I believe that the subject driving the vehicle is DIAZ-DIAZ.

5. Based on the foregoing, I believe that there is probable cause that Domingo DIAZ-DIAZ entered or was found to be voluntarily in the United States after being deported or removed from the United States, in violation of 8 U.S.C. § 1326(a). Therefore, I respectfully request that the Court issue the attached criminal complaint charging Domingo DIAZ-DIAZ with the aforementioned federal offense.

6. This concludes my Affidavit.

Edwin Millan,
Border Patrol Agent

Subscribed and sworn to before me on this 22nd day of February, 2017.

The Honorable Karla R. Spaulding
United States Magistrate Judge